# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  §
  §
Richard George Kenost  §  Case No. 13-47834
Therese Marie Kenost  §
  §
  §
          Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/13/2013 . The undersigned trustee was appointed on 12/13/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    40,552.00

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 351.00 |
| Bank service fees | 68.32 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 40,132.68 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/09/2014 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,805.20 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,805.20 , for a total compensation of $ 4,805.20 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/11/2015                By: /s/DEBORAH M. GUTFELD
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-47834 | JSB | Judge: | Janet S. Baer | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Richard George Kenost | | | | Date Filed (f) or Converted (c): | 12/13/2013 (f) |
| | Therese Marie Kenost | | | | 341(a) Meeting Date: | 02/04/2014 |
| For Period Ending: | 09/11/2015 | | | | Claims Bar Date: | 05/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Empty Lot Hamilton, Michigan Property Number: 03-09-031-006- | 39,500.00 | 39,500.00 | | 25,000.00 | FA |
| 2. Empty Lot 3305 Pioneer Drive Lake Havasu, Arizona | 29,746.00 | 29,746.00 | | 15,552.00 | FA |
| 3. Residential Home 813 N 14Th Avenue Melrose Park, Il 60160 | 146,235.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account First Merit Bank Account Ending In 3295 | 1.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account First Merit Bank Account Ending In 3287 | 541.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account Chase Bank Account Ending In 8292 | 71.00 | 0.00 | | 0.00 | FA |
| 7. Credit Union (Through Work) | 30.00 | 0.00 | | 0.00 | FA |
| 8. Savings Account First Merit Bank Account Ending In 6280 | 700.00 | 0.00 | | 0.00 | FA |
| 9. Savings Account First Merit Bank Account Ending In 5257 | 1.00 | 0.00 | | 0.00 | FA |
| 10. Savings Account First Merit Bank Account Ending In 5265 | 139.42 | 0.00 | | 0.00 | FA |
| 11. Vacation Fund (Through Work) | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. Goods & Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 13. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 14. Costume Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 15. Wedding Band | 250.00 | 0.00 | | 0.00 | FA |
| 16. Term Life Insurance (Through Leyden Community Hs District - | 0.00 | 0.00 | | 0.00 | FA |
| 17. Whole Life Insurance Mutual Of Omaha Issue Date: July 19, 2 | 0.00 | 0.00 | | 0.00 | FA |
| 18. Annuity Putnam Investments | 5,874.32 | 0.00 | | 0.00 | FA |
| 19. Prudential Anuuity (Net Monthly Payment $95.72 Per Month) | 0.00 | 0.00 | | 0.00 | FA |
| 20. 401K Charles Schwab | 39,582.86 | 0.00 | | 0.00 | FA |
| 21. Commonwealth Annuity 408(B) Individual Retirement Annuity | 48,442.09 | 0.00 | | 0.00 | FA |
| 22. 2005 Ford Escape 58K Miles | 3,452.00 | 0.00 | | 0.00 | FA |
| 23. 2007 Ford Focus 76K Miles | 3,044.00 | 0.00 | | 0.00 | FA |
| 24. 2 Domestic Dogs | 2.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-47834 | JSB | Judge: | Janet S. Baer | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Richard George Kenost | | | | Date Filed (f) or Converted (c): | 12/13/2013 (f) |
| | Therese Marie Kenost | | | | 341(a) Meeting Date: | 02/04/2014 |
| For Period Ending: | 09/11/2015 | | | | Claims Bar Date: | 05/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $320,361.69 | $69,246.00 | | $40,552.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets are fully administered. Trustee's accountant is preparing a tax return for the estate. Trustee will prepare and submit a TFR to the U.S.T. for review and approval upon receipt of accountant's fees and expenses to include in the proposed distribution.

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-47834  
Case Name: Richard George Kenost  
Therese Marie Kenost  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX7932  
Checking  

Taxpayer ID No: XX-XXX4091  
For Period Ending: 09/11/2015  

Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/14 | | Chase Cashier's Check Remitter: Colleen Marie Kenost | | | $40,552.00 | | $40,552.00 |
| | | | Gross Receipts  $40,552.00 | | | | |
| | 1 | | Empty Lot Hamilton, Michigan  $25,000.00 Property Number: 03-09-031-006- | 1110-000 | | | |
| | 2 | | Empty Lot 3305 Pioneer Drive  $15,552.00 Lake Havasu, Arizona | 1110-000 | | | |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $40,542.00 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.32 | $40,483.68 |
| 07/24/15 | 101 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | Payment submitted with 2014 state tax return | 2820-000 | | $351.00 | $40,132.68 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $40,552.00 | $419.32 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,552.00 | $419.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $40,552.00 | $419.32 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals: $40,552.00    $419.32

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7932 - Checking | $40,552.00 | $419.32 | $40,132.68 |
|  | $40,552.00 | $419.32 | $40,132.68 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $40,552.00 |
| Total Gross Receipts: | $40,552.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-47834  
Debtor Name: Richard George Kenost  
Claims Bar Date: 5/9/2014  

Date: September 11, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $4,805.20 | $4,805.20 |
| 100 3110 | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603-5559 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $916.00 | $916.00 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $1,325.00 | $1,325.00 |
| 1 300 7100 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, Ny 11791 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 02/17/2014 | $0.00 | $156.55 | $156.55 |
| 2 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 02/28/2014 | $0.00 | $16,551.06 | $16,551.06 |
| 3 300 7100 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 03/17/2014 | $0.00 | $4,941.97 | $4,941.97 |
| 4 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 04/24/2014 | $0.00 | $25,292.88 | $25,292.88 |
| 5 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 04/24/2014 | $0.00 | $20,667.15 | $20,667.15 |
| | Case Totals | | | $0.00 | $74,655.81 | $74,655.81 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                                   Printed: September 11, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-47834
Case Name: Richard George Kenost
   Therese Marie Kenost
Trustee Name: DEBORAH M. GUTFELD

Balance on hand     $     40,132.68

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 4,805.20 | $ 0.00 | $ 4,805.20 |
| Attorney for Trustee Fees: Perkins Coie LLP | $ 916.00 | $ 0.00 | $ 916.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,325.00 | $ 0.00 | $ 1,325.00 |

Total to be paid for chapter 7 administrative expenses     $     7,046.20
Remaining Balance     $     33,086.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,609.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 48.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rjm Acquisitions Llc | $ 156.55 | $ 0.00 | $ 76.61 |
| 2 | N. A. Capital One Bank (Usa) | $ 16,551.06 | $ 0.00 | $ 8,099.68 |
| 3 | Fsb American Express Bank | $ 4,941.97 | $ 0.00 | $ 2,418.48 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 25,292.88 | $ 0.00 | $ 12,377.71 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 20,667.15 | $ 0.00 | $ 10,114.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 33,086.48 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE