# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                      §
                                            §
Richard George Kenost                       §     Case No. 13-47834
Therese Marie Kenost                        §
                                            §
         Debtor(s)                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　　　　219 S. Dearborn Street
　　　　　　　　　　　　Chicago, IL  60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:00 a.m. on October 13, 2015 in courtroom 615 at 219 South Dearborn Street, Chicago, Illinois 60604.

　　　　If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Deborah M. Gutfeld_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Richard George Kenost § Case No. 13-47834
Therese Marie Kenost §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,552.00 |
| and approved disbursements of | $ | 419.32 |
| leaving a balance on hand of[1] | $ | 40,132.68 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 4,805.20 | $ 0.00 | $ 4,805.20 |
| Attorney for Trustee Fees: Perkins Coie LLP | $ 916.00 | $ 0.00 | $ 916.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,325.00 | $ 0.00 | $ 1,325.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,046.20 |
| Remaining Balance | $ 33,086.48 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,609.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 48.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rjm Acquisitions Llc | $ 156.55 | $ 0.00 | $ 76.61 |
| 2 | N. A. Capital One Bank (Usa) | $ 16,551.06 | $ 0.00 | $ 8,099.68 |
| 3 | Fsb American Express Bank | $ 4,941.97 | $ 0.00 | $ 2,418.48 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 25,292.88 | $ 0.00 | $ 12,377.71 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 20,667.15 | $ 0.00 | $ 10,114.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 33,086.48 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
                                    Chapter 7 Trustee

DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                       Case No. 13-47834-JSB
Richard George Kenost                                        Chapter 7
Therese Marie Kenost
        Debtors
                           CERTIFICATE OF NOTICE
District/off: 0752-1         User: lhuley              Page 1 of 1      Date Rcvd: Sep 18, 2015
                             Form ID: pdf006           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2015.
db/jdb        +Richard George Kenost,    Therese Marie Kenost,    813 N 14th Avenue,
                Melrose Park, IL 60160-3915
21666002       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21329853      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
21329854     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
21329855     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
21590174       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
21329857      +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
21329856      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
21329858      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
21639811       JPMorgan Chase Bank, National Association,    Cari A Kauff,    Manley Deas Kochalski LLC,
                POB 165028,    Columbus, OH 43216-5028
21329850      +Kenost Richard George,    813 N 14th Avenue,    Melrose Park, IL 60160-3915
21329851      +Kenost Therese Marie,    813 N 14th Avenue,    Melrose Park, IL 60160-3915
21529473     #+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
21329859      +Rush Oak Park Physicians Group,    75 Remittance Dr Dept 1620,    Chicago, IL 60675-1620
21329852      +The Law Office of Dino Agudo,    2021 Midwest Rd #200,    Oak Brook, IL 60523-1370
21329860       University Of Illinois Physicians Group,    3293 Paysphere Circle,    Chicago, IL 60674-3293
21329861       UroPartners,    3183 Paysphere Circle,    Chicago, IL 60674-0031
21329862      +Westgate Orthopaedics, LTD,    1125 Westgate,    Oak Park, IL 60301-1070
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21842434      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2015 00:27:19
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2015 at the address(es) listed below:
              Deborah Michelle Gutfeld    on behalf of Accountant    Popowcer Katten Ltd.
               gutfeldch7@perkinscoie.com
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com
              Dino R Agudo    on behalf of Debtor Richard George Kenost dinoagudo.law@gmail.com,
               dinoagudo.law@gmail.com
              Dino R Agudo    on behalf of Joint Debtor Therese Marie Kenost dinoagudo.law@gmail.com,
               dinoagudo.law@gmail.com
              Jordan McCarthy    on behalf of Trustee Deborah Michelle Gutfeld JMcCarthy@perkinscoie.com,
               nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```