# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Richard George Kenost | § | Case No. 13-47834 |
| Therese Marie Kenost | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 116,235.00 *(Without deducting any secured claims)* | Assets Exempt: 134,880.69 |
| Total Distributions to Claimants:  33,086.48 | Claims Discharged Without Payment:  354,858.33 |
| Total Expenses of Administration:  7,465.52 | |

3) Total gross receipts of $ 40,552.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 40,552.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 233,447.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,465.52 | 7,465.52 | 7,465.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 86,888.20 | 67,609.61 | 67,609.61 | 33,086.48 |
| **TOTAL DISBURSEMENTS** | $ 320,335.20 | $ 75,075.13 | $ 75,075.13 | $ 40,552.00 |

4)  This case was originally filed under chapter 7 on  12/13/2013 .  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/12/2015                    By:/s/DEBORAH M. GUTFELD
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Empty Lot 3305 Pioneer Drive Lake Havasu, Arizona | 1110-000 | 15,552.00 |
| Empty Lot Hamilton, Michigan Property Number: 03-09-031-006- | 1110-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,552.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH  43224 | | 148,078.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH  43224 | | 85,369.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 233,447.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | 2100-000 | NA | 4,805.20 | 4,805.20 | 4,805.20 |
| Associated Bank | 2600-000 | NA | 68.32 | 68.32 | 68.32 |
| Illinois Department of Revenue | 2820-000 | NA | 351.00 | 351.00 | 351.00 |
| Perkins Coie LLP | 3110-000 | NA | 916.00 | 916.00 | 916.00 |
| Popowcer Katten Ltd. | 3410-000 | NA | 1,325.00 | 1,325.00 | 1,325.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,465.52 | $ 7,465.52 | $ 7,465.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL  33329 | | 4,749.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL  33329 | | 4,749.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX  79998 | | 10,082.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA  23285 | | 15,994.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE  19850 | | 6,104.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD  57117 | | 20,373.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD  57117 | | 24,614.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush Oak Park Physicians Group 75 Remittance Dr Dept 1620 Chicago, IL  60675 | | 50.00 | NA | NA | 0.00 |
| | Rush Oak Park Physicians Group 75 Remittance Dr Dept 1620 Chicago, IL  60675 | | 22.40 | NA | NA | 0.00 |
| | University Of Illinois Physicians Group 3293 Paysphere Circle Chicago, IL 60674-3293 | | 35.60 | NA | NA | 0.00 |
| | UroPartners 3183 Paysphere Circle Chicago, IL  60674-0031 | | 100.00 | NA | NA | 0.00 |
| | Westgate Orthopaedics, LTD 1125 Westgate Oak Park, IL 60301-1007 | | 15.20 | NA | NA | 0.00 |
| 3 | Fsb American Express Bank | 7100-000 | NA | 4,941.97 | 4,941.97 | 2,418.48 |
| 2 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 16,551.06 | 16,551.06 | 8,099.68 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 25,292.88 | 25,292.88 | 12,377.71 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 20,667.15 | 20,667.15 | 10,114.00 |
| 1 | Rjm Acquisitions Llc | 7100-000 | NA | 156.55 | 156.55 | 76.61 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 86,888.20 | $ 67,609.61 | $ 67,609.61 | $ 33,086.48 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 13-47834 | JSB | Judge: | Janet S. Baer | Trustee Name: | DEBORAH M. GUTFELD |

Case Name: Richard George Kenost
Therese Marie Kenost

For Period Ending: 11/12/2015

Date Filed (f) or Converted (c): 12/13/2013 (f)
341(a) Meeting Date: 02/04/2014
Claims Bar Date: 05/09/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Empty Lot Hamilton, Michigan Property Number: 03-09-031-006- | 39,500.00 | 39,500.00 | | 25,000.00 | FA |
| 2.  Empty Lot 3305 Pioneer Drive Lake Havasu, Arizona | 29,746.00 | 29,746.00 | | 15,552.00 | FA |
| 3.  Residential Home 813 N 14Th Avenue Melrose Park, Il  60160 | 146,235.00 | 0.00 | | 0.00 | FA |
| 4.  Checking Account First Merit Bank Account Ending In 3295 | 1.00 | 0.00 | | 0.00 | FA |
| 5.  Checking Account First Merit Bank Account Ending In 3287 | 541.00 | 0.00 | | 0.00 | FA |
| 6.  Checking Account Chase Bank Account Ending In 8292 | 71.00 | 0.00 | | 0.00 | FA |
| 7.  Credit Union (Through Work) | 30.00 | 0.00 | | 0.00 | FA |
| 8.  Savings Account First Merit Bank Account Ending In 6280 | 700.00 | 0.00 | | 0.00 | FA |
| 9.  Savings Account First Merit Bank Account Ending In 5257 | 1.00 | 0.00 | | 0.00 | FA |
| 10.  Savings Account First Merit Bank Account Ending In 5265 | 139.42 | 0.00 | | 0.00 | FA |
| 11.  Vacation Fund (Through Work) | 1,000.00 | 0.00 | | 0.00 | FA |
| 12.  Goods & Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 13.  Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 14.  Costume Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 15.  Wedding Band | 250.00 | 0.00 | | 0.00 | FA |
| 16.  Term Life Insurance (Through Leyden Community Hs District - | 0.00 | 0.00 | | 0.00 | FA |
| 17.  Whole Life Insurance Mutual Of Omaha Issue Date:  July 19, 2 | 0.00 | 0.00 | | 0.00 | FA |
| 18.  Annuity Putnam Investments | 5,874.32 | 0.00 | | 0.00 | FA |
| 19.  Prudential Anuuity (Net Monthly Payment $95.72 Per Month) | 0.00 | 0.00 | | 0.00 | FA |
| 20.  401K Charles Schwab | 39,582.86 | 0.00 | | 0.00 | FA |
| 21.  Commonwealth Annuity 408(B) Individual Retirement Annuity | 48,442.09 | 0.00 | | 0.00 | FA |
| 22.  2005 Ford Escape 58K Miles | 3,452.00 | 0.00 | | 0.00 | FA |
| 23.  2007 Ford Focus 76K Miles | 3,044.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-47834 | JSB | Judge: | Janet S. Baer | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Richard George Kenost | | | | Date Filed (f) or Converted (c): | 12/13/2013 (f) |
| | Therese Marie Kenost | | | | 341(a) Meeting Date: | 02/04/2014 |
| For Period Ending: | 11/12/2015 | | | | Claims Bar Date: | 05/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 24.  2 Domestic Dogs | 2.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $320,361.69 | $69,246.00 | | $40,552.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR and Fee Applications have been approved by the U.S.T., filed and are set to be heard on October 13, 2015.

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-47834 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Richard George Kenost | Bank Name: Associated Bank |
| Therese Marie Kenost | Account Number/CD#: XXXXXX7932 |
| | Checking |
| Taxpayer ID No: XX-XXX4091 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 11/12/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/14 | | Chase Cashier's Check Remitter: Colleen Marie Kenost | | | $40,552.00 | | $40,552.00 |
| | | | Gross Receipts $40,552.00 | | | | |
| | 1 | | Empty Lot Hamilton, Michigan $25,000.00 Property Number: 03-09-031-006- | 1110-000 | | | |
| | 2 | | Empty Lot 3305 Pioneer Drive $15,552.00 Lake Havasu, Arizona | 1110-000 | | | |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $40,542.00 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.32 | $40,483.68 |
| 07/24/15 | 101 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | Payment submitted with 2014 state tax return | 2820-000 | | $351.00 | $40,132.68 |
| 10/13/15 | 102 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,805.20 | $35,327.48 |
| 10/13/15 | 103 | Perkins Coie LLP 131 S. Dearborn St., Suite 1700 Chicago, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $916.00 | $34,411.48 |
| 10/13/15 | 104 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,325.00 | $33,086.48 |
| 10/13/15 | 105 | Rjm Acquisitions Llc 575 Underhill Blvd, Suite 224 Syosset, Ny 11791 | Final distribution to claim 1 representing a payment of 48.94 % per court order. | 7100-000 | | $76.61 | $33,009.87 |
| 10/13/15 | 106 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 48.94 % per court order. | 7100-000 | | $8,099.68 | $24,910.19 |

| | | | | |
|---|---|---|---|---|
| | Page Subtotals: | | $40,552.00 | $15,641.81 |

Case 13-47834    Doc 43    Filed 12/01/15    Entered 12/01/15 15:05:57    Desc Main
Document    Page 11 of 12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-47834 | Trustee Name: DEBORAH M. GUTFELD | Exhibit 9 |
| Case Name: Richard George Kenost | Bank Name: Associated Bank | |
| Therese Marie Kenost | Account Number/CD#: XXXXXX7932 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4091 | Blanket Bond (per case limit): $100,000.00 | |
| For Period Ending: 11/12/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/13/15 | 107 | Fsb American Express Bank American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 48.94 % per court order. | 7100-000 | | $2,418.48 | $22,491.71 |
| 10/13/15 | 108 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 48.94 % per court order. | 7100-000 | | $12,377.71 | $10,114.00 |
| 10/13/15 | 109 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 48.94 % per court order. | 7100-000 | | $10,114.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $40,552.00 | $40,552.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,552.00 | $40,552.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $40,552.00 | $40,552.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $24,910.19 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7932 - Checking | $40,552.00 | $40,552.00 | $0.00 |
| | $40,552.00 | $40,552.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,552.00 |
| Total Gross Receipts: | $40,552.00 |

Page Subtotals:                                              $0.00                $0.00